UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
TYRONE RUDOLPH

    -V-

DANIEL SENKOWSKI
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 8 2011 ★

BROOKLYN OFFICE

MEMORANDUM
AND
ORDER
CV01-2947 (JBW)

    Petitioner by motion seeks reconsideration of the denial of his petition for a writ of habeas corpus denied on August 26, 2003, in a twenty six page memorandum. His appeal was dismissed and a certificate of appealability was denied. See Mandate filed, February 14, 2005, docket entry number 53. No basis for review has been shown. The motion is denied. A certificate of appealability, if necessary is denied.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 2/25/11

